UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 JUL -8 PM 4: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) |
| | ) CR. NO. <u>05-20251-Ma</u> |
| ALANDUS LANE, | ) |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Camille R. McMullen, Assistant United States Attorney applies to the Court for a Writ to have Alandus Lane, DOB 8/13/1974, SSN 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 now being detained at the Shelby County Jail, Memphis, Tennessee, to appear before the Honorable U.S. District Judge ~~Tu M. Pham~~ Thomas Anderson on July ~~15~~ 14, 2005, at 2:00 p.m., an initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 8th day of July, 2005.

_____
Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN AND A. C. GILLESS, SHERIFF.

YOU ARE HEREBY COMMANDED to have ALANDUS LANE, appear before the HONORABLE U.S. MAGISTRATE JUDGE THOMAS S. ANDERSON on the date and time aforementioned.

ENTERED this 8th day of July, 2005.

_____
U.S. MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-11-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CR-20251 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT