FILED BY _____ D.C.

**UNITED STATES DISTRICT COURT**
**FOR THE**
**WESTERN DISTRICT OF TENNESSEE**

2005 AUG 12  PM 3: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | )   CR. NO. <u>05-20251-Ma</u> |
| ALANDUS LANE, | ) |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Camille R. McMullen, Assistant United States Attorney applies to the Court for a Writ to have Alandus Lane,  DOB 8/13/1974, SSN 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 now being detained at the Shelby County Jail, Memphis, Tennessee, to appear before the Honorable U.S. District Judge Tu M. Pham on August 15, 2005, at 2:00 p.m., an initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 12th day of August, 2005.

_____
Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN AND A. C. GILLESS, SHERIFF.

YOU ARE HEREBY COMMANDED to have ALANDUS LANE, appear before the HONORABLE U.S. MAGISTRATE JUDGE TU M. PHAM on the date and time aforementioned.

ENTERED this 12 day of August, 2005.

_____
U.S. MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-12-05

4/1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:05-CR-20251 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ross Sampson
GARRETT & ASSOCIATES
605 Poplar Ave.
Memphis, TN 38105

Autumn B. Chastain
MONROE & CHASTAIN, PLLC
80 Monroe Ave.
Ste. 650A
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT