IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT:
DATE: 08-18-05
TIME: 3:14 pm
INITIALS: E

UNITED STATES OF AMERICA

v.

ALANDUS T. LANE

05cr20251-1-Ma

## ORDER ON ARRAIGNMENT

This cause came to be heard on __08-18-05__ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME __STEVE LEFFLER__ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.
__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas And___
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:1343 & 2
fraud by wire, radio or television

Attorney assigned to Case: C. McMullen

Age: 31

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __8-19-05__

48

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:05-CR-20251 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT