IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 20 PM 4: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                NO. 05-20251-Ma

ALANDUS LANE,

   Defendant.

---

ORDER GRANTING EXTENSION OF TIME FOR FILING OF DISCOVERY

---

Before the court is the government's September 15, 2005, motion for an extension time within which to file discovery in this matter. For good cause shown, the motion is granted. The government shall have additional time to and including September 30, 2005, within which to file the discovery in this matter.

It is so ORDERED this 20th day of September, 2005.

                                   _____
                                   SAMUEL H. MAYS, JR.
                                   UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-21-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:05-CR-20251 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Autumn B. Chastain
LAW OFFICE OF AUTUMN CHASTAIN
707 Adams Ave.
Memphis, TN 38105

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Ross Sampson
GARRETT & ASSOCIATES
605 Poplar Ave.
Memphis, TN 38105

Honorable Samuel Mays
US DISTRICT COURT